FILED
September 25, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_Tyler Martin\_\_\_\_
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **RecepTrexx LLC,** | Case No. 6:23-cv-00380-OLG |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Honeywell International Inc.,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The request to dismiss this matter with prejudice is hereby GRANTED.

**SIGNED** this day  25th  of  September  2023.

_____
Hon. Orlando L. Garcia
UNITED STATES DISTRICT JUDGE